**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HECTOR RODRIGUEZ, | : | No. 32 MM 2018 |
| Petitioner | : | |
| v. | : | |
| DISTRICT ATTORNEY, LANCASTER COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for King's Bench Writ (Application for Extraordinary Relief) is DENIED.